**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| **BEATA JASIENIECKI**, | ) | **CASE NO. 05 B 55183** |
| | ) | |
| Debtor. | ) | Hon. Pamela S. Hollis |

**NOTICE OF TRUSTEE'S FINAL REPORT,
HEARING ON APPLICATIONS FOR COMPENSATIONS, AND
<u>HEARING ON THE ABANDONMENT OF PROPERTY BY THE TRUSTEE</u>**

TO THE DEBTOR(S), CREDITORS AND OTHER PARTIES IN INTEREST:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held

    At:    United States Bankruptcy Court
    219 South Dearborn Street, Courtroom 644
    Chicago, Illinois 60604

    On:    **December 9, 2008**    Time: **10:30 a.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to pending applications and transacting such other business as may be properly noticed before the Court. **ATTENDANCE BY THE DEBTOR AND THE CREDITORS IS WELCOMED BUT IS NOT REQUIRED**.

3. The Trustees Final Report shows total:

    | | | | |
    |---|---|---|---|
    | | a. | Receipts | $25,177.31 |
    | | b. | Disbursements | $      0.00 |
    | | c. | Net Cash Available for Distribution | $25,177.31 |

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| APPLICANT | COMPENSATION PREVIOUSLY PAID | FEES NOW REQUESTED | EXPENSES |
|---|---|---|---|
| Ronald R. Peterson<br>Trustee | $0.00 | $3,267.73 | $83.85 |
| Jenner & Block LLP<br>Attorney/Trustee | $0.00 | $18,657.50 | $852.48 |
| N/A<br>Accountant/Trustee | $0.00 | $0.00 | $0.00 |

5. Applications for Chapter 11 fees and administrative expenses have been filed as follows:

| APPLICANT | COMPENSATION PREVIOUSLY PAID | FEES NOW REQUESTED | EXPENSES |
|---|---|---|---|
| N/A | $0.00 | $0.00 | $0.00 |

6. In addition to the expenses of administration that may be allowed by the Court, priority claims totaling $0.00 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 0.00%.

Allowed priority claims are:

| CLAIM NUMBER | CLAIMANT | AMOUNT OF CLAIM | PROPOSED PAYMENT |
|---|---|---|---|
| N/A | | $0.00 | $0.00 |

7. Claims of general unsecured creditors totaling $4,284.87 have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 100%. Allowed general unsecured claims are as follows:

| CLAIM NUMBER | CLAIMANT | AMOUNT OF CLAIM | PROPOSED PAYMENT |
|---|---|---|---|
| 1 | Capital Recovery One<br>25 SE 2nd Avenue, Suite 1120<br>Miami, FL  33131 | $204.97 | $204.97 |
| 2 | Asset Acceptance LLC<br>Assignee/Blair Credit<br>PO Box 2036<br>Warren, MI  48090 | $125.69 | $125.69 |

2

| | | | |
|---|---|---:|---:|
| 3 | Dr. Anita Arora, MD<br>Falls Collection<br>PO Box 668<br>Germantown, WI  53022 | $80.00 | $80.00 |
| 4 | LVNV Funding LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC  29603-0587 | $2,465.79 | $2,465.79 |
| 5 | LVNV Funding LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC  29603-0587 | $1,408.42 | $1,408.42 |

8. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

9. Interest on claims in the amount of $555.51 will be paid to General Unsecured Creditors.

10. The Trustee's Final Report and all applications for compensation are available for inspection at the Office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 S. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee applications(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of the Court.

11. The debtor has been discharged.

12. The Trustee proposes to abandon the following property at the hearing:

    0.00

Dated:  **November 6, 2008**                     For the Court,

**KENNETH S. GARDNER**
Kenneth S. Gardner
Clerk of the U.S. Bankruptcy Court
219 S. Dearborn Street, 7th Floor
Chicago, IL 60604

Ronald R. Peterson (02188473)
Jenner & Block LLP
330 North Wabash Avenue
Chicago, IL 60611
PH:   (312) 923-2981
FAX: (312) 840-7381

# CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: amcc7                  Page 1 of 2                   Date Rcvd: Nov 06, 2008
Case: 05-55183                Form ID: pdf002              Total Served: 45

The following entities were served by first class mail on Nov 08, 2008.
db            Beata Jasieniecki,    5309 S Kilbourn-Basement,    Chicago, IL   60632
aty          +Peter Burban,    Law Office of Peter Burban,    6509 S Kedzie Ave,    Chicago, IL 60629-3430
tr           +Ronald R Peterson,    Jenner & Block LLP,    330 N. Wabash Avenue,    Chicago, IL 60611-7603
10250734     +2525 S. MICHIGAN AVE,    Chicago, IL 60616-2333
10250702      ALLIANCE ONE,    4850 STREET LEVEL C,    Feasterville Trevose, PA 19053
10250703     +AMERICAN COLLN CORP,    919 ESTATES CT,    Schaumburg, IL 60193-4436
10250704     +ASSEST ACCEPTANCE,    PO BOX 2036,    Warren, MI 48090-2036
11127372     +Arora, Dr Anita MD,    Falls Collection,    P O Box 668,    Germantown, WI 53022-0668
10250705     +BOUDREAU & ASSOCIATES,    5 INDUSTRIAL WAY,    Salem, NH 03079-4890
10250706      C.B. ACCOUNTS, INC,    DEPT. 0102,    PO BOX 50,    Arrowsmith, IL 61722-0050
10250707     +CAPITAL ONE,    4851 COX RD,    Glen Allen, VA 23060-6293
10250708     +CBC NATIONAL,    250 E. TOWN STREET,    Columbus, OH 43215-4631
10250711     +COMPUTER CR,    5340 N. CLARK STREET,    Chicago, IL 60640-2167
10250713     +FST USA BK,    800 BROOKSEDGE BV,    Westerville, OH 43081-2822
10250714     +GENESIS,    3231 S. EUCLID AVENUE,    Berwyn, IL 60402-3467
10250716     +GMAC,    PO BOX 217060,    Auburn Hills, MI 48321-7060
10250717     +GS SERVICES,    6330 GULFTON ST,    Houston, TX 77081-1108
10250719     +IL COLL SERVICES,    3101 W 95TH,    Evergreen Park, IL 60805-2407
10250720     +IL STUDENT ASSIST,    1755 LAKE COOK RD,    Deerfield, IL 60015-5209
10250725     +MEDICAL BUSINESS BUREAU,    PO BOX 1219,    Park Ridge, IL 60068-7219
10250726     +MERCHANTS CREDIT GUIDE,    223 W. JACKSON BLVD,    SUITE,    Chicago, IL 60606-6993
10250727     +MERCHANTS' CREDIT GUDE, CO,    223 W JACKSON BLVD,    Chicago, IL 60606-6993
10250736     +MERCY HOSPITAL,    2525 S. MICHAGAN AVE,    Chicago, IL 60616-2332
10250728     +MERCY HOSPITAL,    2525 S. MICHIGAN AVENUE,    Chicago, IL 60616-2332
10250732     +MERCY HOSPITAL,    2525 S. MICHIGANAaVE,    Chicago, IL 60616-2332
10250743      MERCY HOSPITAL,    PO BOX 97171,    Chicago, IL 60616
10250745     +MIDLAND CREDIT MGMT,    8875 AERO DR,    San Diego, CA 92123-2251
10250746     +MIDNIGHT VELVET,    1112 7TH AVE,    Monroe, WI 53566-1364
10250747     +NATIONWIDE CREDIT,    9919 ROOSEVELT ROAD,    Westchester, IL 60154-2774
10250748     +OSI COLLECTION,    1375 E. WOODFIELD R,    110,    Schaumburg, IL 60173-5423
10250749     +OSI COLLECTION, INC.,    1375 EAST WOODFIELD RD,    SUITE 110,    Schaumburg, IL 60173-5423
10250750     +PATHOLOGY CONSULTANTS OF CHICAGO,    PO BOX 88493,    Chicago, IL 60680-1493
10250710     +PO BOX 8000,    Hammond, IN 46325-8000
10250751     +RADIOLOGICAL PHYSICIAN, LTD,    PO BOX 2150,    Bedford Park, IL 60499-2150
10250752     +SUDHIR M. GOKHALE, MD,    10522 S. CICERO,    STE 2D,    Oak Lawn, IL 60453-5200
10250753     +TRANSWORLD,    25 NORTHWEST POINT BLVD,    #750,    Elk Grove Village, IL 60007-1058
The following entities were served by electronic transmission on Nov 07, 2008.
11100313     +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM                             Asset Acceptance LLC,
               assignee/ Blair Credit,    PO Box 2036,    Warren, MI 48090-2036
12407648     +E-mail/PDF: rmscedi@recoverycorp.com Nov 07 2008 04:21:15       Capital Recovery One,
               25 SE 2nd Avenue, Suite 1120,    Miami, FL 33131-1605
10250712     +E-mail/Text: admin@fcs2collect.com                             FALLS COLLECTION,
               N114 W 19225 CLINT,    Germantown, WI 53022-3015
11096711     +E-mail/PDF: gecsedi@recoverycorp.com Nov 07 2008 04:20:43       GE Money Bank,
               Recovery Management Systems Corporation,    25 SE 2nd Ave Ste 1120,    Miami FL 33131-1605
10250721     +E-mail/PDF: ebn@phinsolutions.com Nov 07 2008 04:20:42       LAW OFFICES OF MITCHELL N. KAY,
               PO BOX 2374,    Chicago, IL 60690-2374
10250722     +E-mail/Text: resurgentbknotifications@resurgent.com                            LVNV FUNDING,
               PO BOX 10497,    Greenville, SC 29603-0497
11635312      E-mail/Text: resurgentbknotifications@resurgent.com                            LVNV Funding LLC,
               Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
10250724     +E-mail/PDF: gecsedi@recoverycorp.com Nov 07 2008 04:20:41       M. WARD/MBGA,    PO BOX 29114,
               Lenexa, KS 66201-1414
12390326      E-mail/PDF: rmscedi@recoverycorp.com Nov 07 2008 04:21:15
               Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
               Miami, FL 33131-1605
                                                                                              TOTAL: 9

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
10250709      CBUSA, INC
10250718      IL COLL SERVICES,    3101 W 95TH STREET,    EVERGREEN PK
10250733      MERCY HOSPITAL
10250715*    +GENESIS,    3231 S. EUCLID AVE,    Berwyn, IL 60402-3467
10250723*    +LVNV FUNDING LLC,    PO BOX 10497,    Greenville, SC 29603-0497
10250744*     MERCY HOSPITAL,    PO BOX 97171,    Chicago, IL 60616
10250729*    +MERCY HOSPITAL,    2525 S. MICHIGAN AVE,    Chicago, IL 60616-2332
10250731*    +MERCY HOSPITAL,    2525 S. MICHIGAN AVE,    Chicago, IL 60616-2332
10250735*    +MERCY HOSPITAL,    2525 S. MICHIGAN AVE,    Chicago, IL 60616-2332
10250737*    +MERCY HOSPITAL,    2525 S. MICHIGAN AVE,    Chicago, IL 60616-2332
10250738*    +MERCY HOSPITAL,    2525 S. MICHIGAN AVE,    Chicago, IL 60616-2332
10250739*    +MERCY HOSPITAL,    2525 S. MICHIGAN AVE,    Chicago, IL 60616-2332
10250740*    +MERCY HOSPITAL,    2525 S. MICHIGAN AVE,    Chicago, IL 60616-2332
10250741*    +MERCY HOSPITAL,    2525 S. MICHIGAN AVE,    Chicago, IL 60616-2332
10250742*    +MERCY HOSPITAL,    2525 S. MICHIGAN AVE,    Chicago, IL 60616-2332
10250730*    +MERCY HOSPITAL,    2525 S. MICHIGAN AVENUE,    Chicago, IL 60616-2332
                                                                                           TOTALS: 3, * 13

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

```
District/off: 0752-1         User: amcc7              Page 2 of 2            Date Rcvd: Nov 06, 2008
Case: 05-55183               Form ID: pdf002          Total Served: 45

             ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Nov 08, 2008**                    **Signature:**   *Joseph Speetjens*