**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| In re: | ) Chapter 7 |
| | ) |
| **BEATA JASIENIECKI**, | ) **CASE NO. 05-55183** |
| | ) |
| Debtor. | ) Hon. Pamela S. Hollis |

**DISTRIBUTION REPORT**

I, Ronald R. Peterson, Trustee herein, certify that I have reviewed all claims filed with the Clerk of the Bankruptcy Court and have examined all orders of Court, and state that based on my review I propose to make the following distributions.

**SUMMARY OF DISTRIBUTION**

| | |
|---|---:|
| Chapter 7 Administrative Expenses: | $20,345.23 |
| Chapter 11 Administrative Expenses: | $0.00 |
| Priority Claims (507(a)(3)-(a)(6)): | $0.00 |
| Secured Tax Liens: | $0.00 |
| Priority Tax Claims: | $0.00 |
| General Unsecured Claims: | $4,284.87 |
| Other: Interest on General Unsecured Claims at 4.14% for 1,143 days: | $555.51 |
| **TOTAL AMOUNT TO BE DISTRIBUTED** | $25,185.61 |

1718148.1

| 1. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND 88.9899525% |
|---|---|---|---|
| | § 726 (a) and (b) and § 507(a)(1) (Chapter 7 costs of administration including court costs and U.S. Trustee quarterly fees pursuant to 28 U.S.C. § 1930(6)) | $22,862.39 | $20,345.23 |
| **Claim No.** | **Creditor** | **Amount of Allowed Claim** | **Amount of Dividend** |
| | Trustee  Fees  Expenses | $3,268.56 $83.85 | $2,908.69 $74.62 |
| | Jenner & Block  Fees  Expenses | $18,657.50 $852.48 | $16,603.30 $758.62 |

| 2. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND 0.00% |
|---|---|---|---|
| | § 726 (a) and (b) and § 507(a)(1) (debtor-in-possession (DIP) administrative expenses) | $0.00 | |
| **Claim No.** | **Creditor** | **Amount of Allowed Claim** | **Amount of Dividend** |
| N/A | | $0.00 | $0.00 |

| 3. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND 0.00% |
|---|---|---|---|
| | § 507(a)(2) - Gap claims arising in involuntary cases and allowed pursuant to § 502(f) | $0.00 | |
| **Claim No.** | **Creditor** | **Amount of Allowed Claim** | **Amount of Dividend** |
| N/A | | $0.00 | $0.00 |

2

1718148.1

| 4. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND 0.00% |
|---|---|---|---|
|  | § 507(a)(3) - Wages, salaries or commissions limited to $4,000 | $0.00 |  |
| **Claim No.** | **Creditor** | **Amount of Allowed Claim** | **Amount of Dividend** |
| N/A |  | $0.00 | $0.00 |

| 5. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND 0.00% |
|---|---|---|---|
|  | § 507(a)(4) - Contributions to Employee Benefit Plans | $0.00 |  |
| **Claim No.** | **Creditor** | **Amount of Allowed Claim** | **Amount of Dividend** |
| N/A |  | $0.00 | $0.00 |

| 6. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND 0.00% |
|---|---|---|---|
|  | § 507(a)(5) - Farmers' and Fishermen's claims to the extent of $4,000 | $0.00 |  |
| **Claim No.** | **Creditor** | **Amount of Allowed Claim** | **Amount of Dividend** |
| N/A |  | $0.00 | $0.00 |

| 7. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND 0.00% |
|---|---|---|---|
|  | § 507(a)(6) - Deposits by consumers to the extent of $1,800 | $0.00 |  |
| **Claim No.** | **Creditor** | **Amount of Allowed Claim** | **Amount of Dividend** |
| N/A |  | $0.00 | $0.00 |

1718148.1

| 8. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND 0.00% |
|---|---|---|---|
|  | § 724(b) - Tax liens | $0.00 |  |
| **Claim No.** | **Creditor** | **Amount of Allowed Claim** | **Amount of Dividend** |
| N/A |  | $0.00 | $0.00 |

| 9. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND 0.00% |
|---|---|---|---|
|  | § 507(a)(8) - Tax claims excluding fines and penalties | $0.00 |  |
| **Claim No.** | **Creditor** | **Amount of Allowed Claim** | **Amount of Dividend** |
| N/A |  | $0.00 | $0.00 |

| 10. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND 0.00% |
|---|---|---|---|
|  | § 507(a)(9) - Capital commitments to Federal Depository Institutions | $0.00 |  |
| **Claim No.** | **Creditor** | **Amount of Allowed Claim** | **Amount of Dividend** |
| N/A |  | $0.00 | $0.00 |
|  |  |  |  |

4

1718148.1

| **11.** | **TYPE OF CLAIMS** | **TOTAL AMOUNT OF CLAIMS** | **FINAL DIVIDEND 100%** |
|---|---|---|---|
|  | § 726(a)(2) - General claims (To be paid pro-rata after costs of administration and priority claims are paid in full) | $4,284.87 | $4,284.87 |
| **Claim No.** | **Creditor** | **Amount of Allowed Claim** | **Amount of Dividend** |
| 1 | Capital Recovery One<br>25 SE 2nd Avenue, Suite 1120<br>Miami, FL  33131 | $204.97 | $204.97 |
| 2 | Asset Acceptance LLC<br>assignee/Blair Credit<br>P.O. Box 2036<br>Warren, MI  48090 | $125.69 | $125.69 |
| 3 | Dr. Anita Arora, MD<br>Falls Collection<br>P.O. Box 668<br>Germantown, WI  53022 | $80.00 | $80.00 |
| 4 | LVNV Funding LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC  29603-0587 | $2,465.79 | $2,465.79 |
| 5 | LVNV Funding LLC<br>Resurgent Capital Services<br>PO Box 20587<br>Greenville, SC  29603-0587 | $1,408.42 | $1,408.42 |

| **12.** | **TYPE OF CLAIMS** | **TOTAL AMOUNT OF CLAIMS** | **FINAL DIVIDEND 0.00%** |
|---|---|---|---|
|  | § 726(a)(3) - Late unsecured claims | $0.00 |  |
| **Claim No.** | **Creditor** | **Amount of Allowed Claim** | **Amount of Dividend** |
| N/A |  | $0.00 | $0.00 |

5

1718148.1

| 13. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND 0.00% |
|---|---|---|---|
|  | § 726(a)(4) -Fines/Penalties | $0.00 |  |
| **Claim No.** | **Creditor** | **Amount of Allowed Claim** | **Amount of Dividend** |
| N/A |  | $0.00 | $0.00 |

| 14. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND 100% |
|---|---|---|---|
|  | § 726(a)(5) - Interest | $555.51 | $555.51 |
| **Claim No.** | **Creditor** | **Amount of Allowed Claim** | **Amount of Dividend** |
| 1 | Capital Recovery One<br>25 SE 2nd Avenue, Suite 1120<br>Miami, FL  33131 | $26.57 | $26.57 |
| 2 | Asset Acceptance LLC<br>Assignee/Blair Credit<br>P.O. Box 2036<br>Warren, MI  48080 | $16.30 | $16.30 |
| 3 | Dr. Anita Arora, MC<br>Falls Collection<br>P.O. Box 668<br>Germantown, WI  53022 | $10.37 | $10.37 |
| 4 | LVNV Funding LLC<br>Resurgent Capital Services<br>P.O. Box 10587<br>Greenville, SC  29603-0587 | $319.68 | $319.68 |
| 5 | LVNV Funding LLC<br>Resurgent Capital Services<br>P.O. Box 10587<br>Greenville, SC  29603-0587 | $182.59 | $182.59 |

The following claims are not included in the distribution because they have been disallowed by court order or have been withdrawn by the claimant:

1718148.1

| TYPE OF CLAIM | CLAIM NUMBER | CREDITOR AND ADDRESS | AMOUNT OF CLAIM | DISALLOWED/ WITHDRAWN (DESIGNATE) |
|---|---|---|---|---|
| N/A | | | | |

WHEREFORE, the Trustee certifies under penalty of perjury that the above statements are true and correct.

Dated:  December 11, 2008                              */s/ Ronald R. Peterson*
                                                                                                                                                                  Trustee

1718148.1