IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| BEATA JASIENIECKI, | ) | CASE NO. 05-55183 |
| | ) | |
| Debtor. | ) | Hon. Pamela S. Hollis |

## TRUSTEE'S FINAL ACCOUNT AND APPLICATION TO CLOSE CASE AND DISCHARGE THE TRUSTEE

Ronald R. Peterson, the Trustee in this case, respectfully files this Account, and states:

Final distribution of all monies has been made in accordance with the Order Awarding Compensation and Expenses and the Trustee's Distribution Report, copies of which are attached as Exhibits A and B.

All checks have been cashed. Attached hereto as Exhibit C is the estate's Form 2 showing a zero balance and the zero balance bank statement.

The Trustee certifies that the estate has been fully administered and requests that he be discharged and the case closed pursuant to 11 U.S.C. § 350.

　　　　　　　　　　　　　　　　　　　　/s/ Ronald R. Peterson
　　　　　　　　　　　　　　　　　　　　RONALD R. PETERSON, Trustee for the
　　　　　　　　　　　　　　　　　　　　Bankruptcy Estate of Beata Jasieniecki

Ronald R. Peterson (01288743)
JENNER & BLOCK LLP
330 North Wabash Avenue
Chicago, IL 60611
Telephone: (312) 923-2981
Facsimile:　(312) 840-7381

Dated: February 19, 2009

# EXHIBIT A

Case 05-55183    Doc 40    Filed 03/30/09    Entered 03/30/09 13:49:50    Desc Main
Document    Page 2 of 18

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| BEATA JASIENIECKI, | ) | CASE NO. 05 B 55183 |
| | ) | |
| Debtor. | ) | Hon. Pamela S. Hollis |

## ORDER AWARDING COMPENSATION AND EXPENSES

THIS MATTER BEING HEARD on the Trustee's final request for the allowance of fees and expenses of administration, notice having been given and the Court being duly advised:

IT IS HEREBY ORDERED that the Trustee's final requests for the allowance of fees and expenses are allowed as follows:

1. Trustee's compensation       $3,267.73
2. Trustee's expenses            $   83.85
   TOTAL                         $3,351.58

IT IS FURTHER ORDERED that the requests for compensation and expenses are allowed as follows;

1. Attorney for the Trustee/
   Jenner & Block LLP
   Compensation                  $18,657.50
   Expenses                      $   852.48
2. Other Professional            $     0.00
   (list each professional separately)
   N/A
            TOTAL                $19,509.98

IT IS FURTHER ORDERED that the Trustee is directed to pay the allowances listed above after the Trustee's Distribution Report is filed with the Clerk of the Bankruptcy Court.

DATED: _____, 2008

_____
UNITED STATES BANKRUPTCY JUDGE

DEC - 9 2008

# EXHIBIT B

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| **BEATA JASIENIECKI,** | ) | **CASE NO. 05-55183** |
| | ) | |
| Debtor. | ) | Hon. Pamela S. Hollis |
| | ) | |

## DISTRIBUTION REPORT

I, Ronald R. Peterson, Trustee herein, certify that I have reviewed all claims filed with the Clerk of the Bankruptcy Court and have examined all orders of Court, and state that based on my review I propose to make the following distributions.

### SUMMARY OF DISTRIBUTION

| | |
|---|---:|
| Chapter 7 Administrative Expenses: | $20,345.23 |
| Chapter 11 Administrative Expenses: | $0.00 |
| Priority Claims (507(a)(3)-(a)(6)): | $0.00 |
| Secured Tax Liens: | $0.00 |
| Priority Tax Claims: | $0.00 |
| General Unsecured Claims: | $4,284.87 |
| Other: Interest on General Unsecured Claims at 4.14% for 1,143 days: | $555.51 |
| **TOTAL AMOUNT TO BE DISTRIBUTED** | $25,185.61 |

1718148.1

| 1. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND 88.9899525% |
|---|---|---|---|
|  | § 726 (a) and (b) and § 507(a)(1) (Chapter 7 costs of administration including court costs and U.S. Trustee quarterly fees pursuant to 28 U.S.C. § 1930(6)) | $22,862.39 | $20,345.23 |
| **Claim No.** | **Creditor** | **Amount of Allowed Claim** | **Amount of Dividend** |
|  | Trustee<br>Fees<br>Expenses | $3,268.56<br>$83.85 | $2,908.69<br>$74.62 |
|  | Jenner & Block<br>Fees<br>Expenses | $18,657.50<br>$852.48 | $16,603.30<br>$758.62 |

| 2. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND 0.00% |
|---|---|---|---|
|  | § 726 (a) and (b) and § 507(a)(1) (debtor-in-possession (DIP) administrative expenses) | $0.00 |  |
| **Claim No.** | **Creditor** | **Amount of Allowed Claim** | **Amount of Dividend** |
| N/A |  | $0.00 | $0.00 |

| 3. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND 0.00% |
|---|---|---|---|
|  | § 507(a)(2) - Gap claims arising in involuntary cases and allowed pursuant to § 502(f) | $0.00 |  |
| **Claim No.** | **Creditor** | **Amount of Allowed Claim** | **Amount of Dividend** |
| N/A |  | $0.00 | $0.00 |

1718148.1

| 4. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND 0.00% |
|---|---|---|---|
|  | § 507(a)(3) - Wages, salaries or commissions limited to $4,000 | $0.00 |  |
| Claim No. | Creditor | Amount of Allowed Claim | Amount of Dividend |
| N/A |  | $0.00 | $0.00 |

| 5. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND 0.00% |
|---|---|---|---|
|  | § 507(a)(4) - Contributions to Employee Benefit Plans | $0.00 |  |
| Claim No. | Creditor | Amount of Allowed Claim | Amount of Dividend |
| N/A |  | $0.00 | $0.00 |

| 6. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND 0.00% |
|---|---|---|---|
|  | § 507(a)(5) - Farmers' and Fishermen's claims to the extent of $4,000 | $0.00 |  |
| Claim No. | Creditor | Amount of Allowed Claim | Amount of Dividend |
| N/A |  | $0.00 | $0.00 |

| 7. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND 0.00% |
|---|---|---|---|
|  | § 507(a)(6) - Deposits by consumers to the extent of $1,800 | $0.00 |  |
| Claim No. | Creditor | Amount of Allowed Claim | Amount of Dividend |
| N/A |  | $0.00 | $0.00 |

1718148.1

| 8. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND 0.00% |
|---|---|---|---|
|  | § 724(b) - Tax liens | $0.00 |  |
| Claim No. | Creditor | Amount of Allowed Claim | Amount of Dividend |
| N/A |  | $0.00 | $0.00 |

| 9. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND 0.00% |
|---|---|---|---|
|  | § 507(a)(8) - Tax claims excluding fines and penalties | $0.00 |  |
| Claim No. | Creditor | Amount of Allowed Claim | Amount of Dividend |
| N/A |  | $0.00 | $0.00 |

| 10. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND 0.00% |
|---|---|---|---|
|  | § 507(a)(9) - Capital commitments to Federal Depository Institutions | $0.00 |  |
| Claim No. | Creditor | Amount of Allowed Claim | Amount of Dividend |
| N/A |  | $0.00 | $0.00 |
|  |  |  |  |

1718148.1

| 11. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND 100% |
|---|---|---|---|
|  | § 726(a)(2) - General claims (To be paid pro-rata after costs of administration and priority claims are paid in full) | $4,284.87 | $4,284.87 |
| Claim No. | Creditor | Amount of Allowed Claim | Amount of Dividend |
| 1 | Capital Recovery One<br>25 SE 2nd Avenue, Suite 1120<br>Miami, FL 33131 | $204.97 | $204.97 |
| 2 | Asset Acceptance LLC<br>assignee/Blair Credit<br>P.O. Box 2036<br>Warren, MI 48090 | $125.69 | $125.69 |
| 3 | Dr. Anita Arora, MD<br>Falls Collection<br>P.O. Box 668<br>Germantown, WI 53022 | $80.00 | $80.00 |
| 4 | LVNV Funding LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | $2,465.79 | $2,465.79 |
| 5 | LVNV Funding LLC<br>Resurgent Capital Services<br>PO Box 20587<br>Greenville, SC 29603-0587 | $1,408.42 | $1,408.42 |

| 12. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND 0.00% |
|---|---|---|---|
|  | § 726(a)(3) - Late unsecured claims | $0.00 |  |
| Claim No. | Creditor | Amount of Allowed Claim | Amount of Dividend |
| N/A |  | $0.00 | $0.00 |

| 13. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND 0.00% |
|---|---|---|---|
|  | § 726(a)(4) -Fines/Penalties | $0.00 |  |
| Claim No. | Creditor | Amount of Allowed Claim | Amount of Dividend |
| N/A |  | $0.00 | $0.00 |

| 14. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND 100% |
|---|---|---|---|
|  | § 726(a)(5) - Interest | $555.51 | $555.51 |
| Claim No. | Creditor | Amount of Allowed Claim | Amount of Dividend |
| 1 | Capital Recovery One<br>25 SE 2nd Avenue, Suite 1120<br>Miami, FL 33131 | $26.57 | $26.57 |
| 2 | Asset Acceptance LLC<br>Assignee/Blair Credit<br>P.O. Box 2036<br>Warren, MI 48080 | $16.30 | $16.30 |
| 3 | Dr. Anita Arora, MC<br>Falls Collection<br>P.O. Box 668<br>Germantown, WI 53022 | $10.37 | $10.37 |
| 4 | LVNV Funding LLC<br>Resurgent Capital Services<br>P.O. Box 10587<br>Greenville, SC 29603-0587 | $319.68 | $319.68 |
| 5 | LVNV Funding LLC<br>Resurgent Capital Services<br>P.O. Box 10587<br>Greenville, SC 29603-0587 | $182.59 | $182.59 |

The following claims are not included in the distribution because they have been disallowed by court order or have been withdrawn by the claimant:

1718148.1

| TYPE OF CLAIM | CLAIM NUMBER | CREDITOR AND ADDRESS | AMOUNT OF CLAIM | DISALLOWED/ WITHDRAWN (DESIGNATE) |
|---|---|---|---|---|
| N/A | | | | |

WHEREFORE, the Trustee certifies under penalty of perjury that the above statements are true and correct.

Dated: December 11, 2008            /s/ Ronald R. Peterson
                                                        Trustee

# EXHIBIT C

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 05-55183 -PSH
Case Name: JASIENIECKI, BEATA
Taxpayer ID No: *******4151
For Period Ending: 02/18/09

Trustee Name: RONALD R. PETERSON
Bank Name: BANK OF AMERICA, N.A.
Account Number / CD #: ******6670  Money Market Account (Interest Earn
Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 05/03/07 | 3 | Leonard Jasieniecki | Settlement proceeds | 1249-000 | 25,000.00 | | 25,000.00 |
| 05/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 17.08 | | 25,017.08 |
| 06/29/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 20.56 | | 25,037.64 |
| 07/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 21.27 | | 25,058.91 |
| 08/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 21.28 | | 25,080.19 |
| 09/28/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.750 | 1270-000 | 15.98 | | 25,096.17 |
| 10/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.750 | 1270-000 | 15.99 | | 25,112.16 |
| 11/30/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.650 | 1270-000 | 13.42 | | 25,125.58 |
| 12/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.500 | 1270-000 | 12.01 | | 25,137.59 |
| 01/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.400 | 1270-000 | 9.96 | | 25,147.55 |
| 02/29/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.300 | 1270-000 | 5.98 | | 25,153.53 |
| 03/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.250 | 1270-000 | 5.94 | | 25,159.47 |
| 04/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.250 | 1270-000 | 5.16 | | 25,164.63 |
| 05/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 3.19 | | 25,167.82 |
| 06/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 3.10 | | 25,170.92 |
| 07/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 3.20 | | 25,174.12 |
| 08/29/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 3.19 | | 25,177.31 |
| 09/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 3.10 | | 25,180.41 |
| 10/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.100 | 1270-000 | 2.44 | | 25,182.85 |
| 11/28/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.100 | 1270-000 | 2.06 | | 25,184.91 |
| 12/11/08 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.70 | | 25,185.61 |
| 12/11/08 | | Transfer to Acct #*******9909 | Final Posting Transfer | 9999-000 | | 25,185.61 | 0.00 |

Page Subtotals    25,185.61    25,185.61

Page: 1

LFORM24    Ver: 14.21

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 2

| Case No: | 05-55183 -PSH | Trustee Name: | RONALD R. PETERSON |
| Case Name: | JASIENIECKI, BEATA | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | ******6670 Money Market Account (Interest Earn |
| Taxpayer ID No: | ******4151 | | |
| For Period Ending: | 02/18/09 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| | | | | | | | 0.00 |

COLUMN TOTALS                              25,185.61       25,185.61
  Less: Bank Transfers/CD's                      0.00       25,185.61
Subtotal                                   25,185.61            0.00
  Less: Payments to Debtors                                     0.00
Net                                        25,185.61            0.00

Page Subtotals                                  0.00            0.00

Ver: 14.21
LFORM24

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 05-55183 -PSH | Trustee Name: | RONALD R. PETERSON |
| Case Name: | JASIENIECKI, BEATA | Bank Name: | BANK OF AMERICA, N.A. |
| Taxpayer ID No: | *******4151 | Account Number / CD #: | *******9909 BofA - Checking Account |
| For Period Ending: | 02/18/09 | Blanket Bond (per case limit): | $ 5,000,000.00 |
|  |  | Separate Bond (if applicable): |  |

Page: 3

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 12/11/08 |  | Transfer from Acct #*******6670 | Transfer In From MMA Account | 9999-000 | 25,185.61 |  | 25,185.61 |
| * 12/22/08 | 003001 | Ronald R. Peterson Trustee Jenner & Block LLP 330 North Wabash Chicago, Illinois 60611-7603 |  |  |  | 3,351.58 | 21,834.03 |
|  |  |  | Fees 3,267.73 | 2100-003 |  |  | 21,834.03 |
|  |  |  | Expenses 83.85 | 2200-003 |  |  | 21,834.03 |
| * 12/22/08 | 003001 | Ronald R. Peterson Trustee Jenner & Block LLP 330 North Wabash Chicago, Illinois 60611-7603 | VOID |  |  | -3,351.58 | 25,185.61 |
|  |  |  | Fees ( 3,267.73 ) | 2100-003 |  |  | 25,185.61 |
|  |  |  | Expenses ( 83.85 ) | 2200-003 |  |  | 25,185.61 |
| * 12/22/08 | 003002 | Jenner & Block LLP 330 North Wabash Chicago, Illinois 60611-7603 |  |  |  | 19,509.98 | 5,675.63 |
|  |  |  | Fees 18,657.50 | 3110-003 |  |  | 5,675.63 |
|  |  |  | Expenses 852.48 | 3120-003 |  |  | 5,675.63 |
| * 12/22/08 | 003002 | Jenner & Block LLP 330 North Wabash Chicago, Illinois 60611-7603 | VOID |  |  | -19,509.98 | 25,185.61 |
|  |  |  | Fees ( 18,657.50 ) | 3110-003 |  |  | 25,185.61 |
|  |  |  | Expenses ( 852.48 ) | 3120-003 |  |  | 25,185.61 |
| 12/22/08 | 003003 | Ronald R. Peterson Jenner & Block LLP 330 North Wabash Chicago, Illinois 60611-7603 |  |  |  | 2,983.31 | 22,202.30 |
|  |  |  | Fees 2,908.69 | 2100-000 |  |  | 22,202.30 |
|  |  |  | Expenses 74.62 | 2200-000 |  |  | 22,202.30 |
| 12/22/08 | 003004 | Jenner & Block LLP |  |  |  | 17,361.92 | 4,840.38 |

| | Page Subtotals | 25,185.61 | 20,345.23 |

LFORM24                                                                                                                                              Ver: 14.21

Page: 4

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 05-55183 -PSH | Trustee Name: | RONALD R. PETERSON |
| --- | --- | --- | --- |
| Case Name: | JASIENIECKI, BEATA | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******9909 BofA - Checking Account |
| Taxpayer ID No. | *******4151 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| For Period Ending: | 02/18/09 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | 330 North Wabash Chicago, Illinois 60611-7603 | Fees 16,603.30 Expenses 758.62 | 3110-000 3120-000 | | | 4,840.38 4,840.38 |
| 12/22/08 | 003005 | GE Money Bank Recovery Management Systems Corporation 25 SE 2nd Ave Ste 1120 Miami FL 33131 | Claim 204.97 Interest 26.57 | 7100-900 7990-000 | | 231.54 | 4,608.84 4,608.84 |
| 12/22/08 | 003006 | Asset Acceptance LLC assignee/ Blair Credit PO Box 2036 Warren, MI 48090 | Claim 125.69 Interest 16.30 | 7100-900 7990-000 | | 141.99 | 4,466.85 4,466.85 |
| 12/22/08 | 003007 | Arora, Dr Anita MD Falls Collection P O Box 668 Germantown, WI 53022 | Claim 80.00 Interest 10.37 | 7100-000 7990-000 | | 90.37 | 4,376.48 4,376.48 |
| 12/22/08 | 003008 | LVNV Funding LLC Resurgent Capital Services PO Box 10587 Greenville, SC 29603-0587 | Claim 2,465.79 Interest 319.68 | 7100-000 7990-000 | | 2,785.47 | 1,591.01 1,591.01 |
| 12/22/08 | 003009 | LVNV Funding LLC Resurgent Capital Services | | 7200-000 7990-000 | | 1,591.01 | 1,591.01 0.00 |
| | | | | Page Subtotals | 0.00 | 4,840.38 | |

LFORM24                                                                                                                                              Ver: 14.21

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 5

Case No: 05-55183 -PSH
Case Name: JASIENIECKI, BEATA
Taxpayer ID No: *******4151
For Period Ending: 02/18/09

Trustee Name: RONALD R. PETERSON
Bank Name: BANK OF AMERICA, N.A.
Account Number / CD #: *******9909 BofA - Checking Account
Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | PO Box 10587 Greenville, SC 29603-0587 | Claim | 1,408.42 | 7200-000 | | | |
| | | | Interest | 182.59 | 7990-000 | | | |

COLUMN TOTALS                            25,185.61     25,185.61        0.00
      Less: Bank Transfers/CD's          25,185.61          0.00        0.00
Subtotal                                      0.00     25,185.61
      Less: Payments to Debtors                0.00          0.00
Net                                           0.00     25,185.61

TOTAL - ALL ACCOUNTS                     NET DEPOSITS    NET DISBURSEMENTS   ACCOUNT BALANCES
Money Market Account (Interest Earn - *******6670)   25,185.61        0.00        0.00
BofA - Checking Account - *******9909                     0.00    25,185.61        0.00
                                         ─────────────  ─────────────  ─────────────
                                         25,185.61     25,185.61        0.00

                                      (Excludes Account  (Excludes Payments   Total Funds
                                         Transfers)         To Debtors)        On Hand

Page Subtotals         0.00         0.00

Ver: 14.21

LFORM24